UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NIPPONKOA INSURANCE COMPANY LTD.,

Plaintiff,

-v-

FRONTLINE CARRIER SYSTEMS, INC.,
PRO RISING INT'L, LTD.,

Defendant

FILED
JUL 09 2008
USDC WP SDNY

Case No. 08 civ.

**Rule 7.1 Statement**

08 CIV. 6224

Judge Berman

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

PLAINTIFF(S) (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NipponKoa Insurance Company, Ltd.

**Date:** July 8, 2008

_____
**Signature of Attorney**

**Attorney Bar Code:** DM3350

Form Rule7_1.pdf  SDNY Web 10/2007