Brian Del Gatto (BD7759)
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP
177 Broad Street, 6th Floor
Stamford, CT 06901
Tel: (203) 388-9100
Fax: (203) 388-9101
*Attorneys for Defendant Pro Rising International, Ltd.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------
NIPPONKOA INSURANCE CO. LTD          :
                                                                      :
    Plaintiff,                                     :
                                                                      :
           -against-                                :
                                                                      :
FRONTLINE CARRIER SYSTEMS, INC.      :
AND PRO RISING INT'L, LTD.,                    :
                                                                      :
    Defendants.                                  :
--------------------------------------------------------------------- X

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT PRO RISING INTERNATIONAL, LTD.

      Pursuant to Federal Rule of Civil Procedure 7.1(a), the Defendant, Pro Rising International, Ltd., hereby submits to this Court its Disclosure Statement.  Rule 7.1(a) requires that any "nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or state that there is no such corporation."

      The Defendant represents that it is not a publicly traded company.

Dated:       Stamford, Connecticut
               July 24, 2008

                                            By    */s/ Brian Del Gatto*
                                                Brian Del Gatto (BD7759)

118664.1

**CERTIFICATE OF SERVICE**

      I certify under penalty of perjury, pursuant to 28 U.S.C. 1746, that the following is true and correct; that on July 24, 2008, I caused to be served, via the Electronic Case Filing system and regular mail, a copy of the foregoing upon the following counsel of record:

TO:    David T. Maloof
          Thomas M. Eagan
          Maloof, Browne & Eagan LLC
          411 Theodore Fremd Ave, Suite 190
          Rye, NY 10580
          *Attorneys for the Plaintiff*

                                                      _____*/s/ Brian Del Gatto*_____
                                                             Brian Del Gatto (BD7759)