AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | JULY 15, 2008 AT 1:55 PM |
| NAME OF SERVER (PRINT) RICHARD HOEG | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 2788 PORTLAND DRIVE, OAKVILLE, ONTARIO, L6H 6R4, BY LEAVING A COPY WITH JUDY MEDEIROS, DATA ENTRY.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  JUL 17 2008
             Date

Signature of Server

RICHARD HOEG
365 EVANS AVENUE, SUITE 604
TORONTO, ONTARIO, CANADA, M8Z 1K2
Address of Server

Eric Kovacs, a Commissioner, etc.,
Province of Ontario, for Borg Process
Servers Inc., and for Process Serving
and Tenant Protection Act, 1997 matters
only.    Expires February 28, 2009.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Southern_____ District of _____New York_____

NIPPONKOA INSURANCE CO. LTD.,

V.

FRONTLINE CARRIER SYSTEMS, INC., PRO RISING INT'L, LTD.,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 civ -

**08 CIV. 6224**

**Judge Berman**

TO: (Name and address of Defendant)

Frontline Carrier Systems
Claims Department
2788 Portland Drive
Oakville, Ontario
L6H 6R4 Canada

Pro Rising International
East 50 B Caldari rd
Concord, Ontario
L4K 4N8 Canada

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David T. Maloof
Maloof Browne & Eagan LLC
411 Theodore Fremd Ave Ste 190
Rye, NY 10580

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK  J. Michael McMahon

DATE  JUL - 9 2008

(By) DEPUTY CLERK