396,353

UNITED STATES DISTRICT COURT
SOURTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
NIPPONKOA INSURANCE COMPANY, LTD.,

                Plaintiff,

                -against-                             **RULE 7.1(a) STATEMENT**

FRONTLINE CARRIER SYSTEMS, INC. and        08 CV 6224 (RMB)
PRO RISING INTERNATIONAL, LTD.,

                Defendants.
-------------------------------------------------------------X

       Defendant, FRONTLINE CARRIER SYSTEMS, INC., by and through its attorneys, MENDES & MOUNT, LLP, as and for its statement pursuant to FRCP 7.1(a), states that there are no corporate parents or publicly-held corporations that own 10% or more of its stock.

**Dated:** New York, New York
         August 25, 2008

                                               **Yours, etc.,**

                                               MENDES & MOUNT, LLP
                                               Attorneys for Defendant
                                               FRONTLINE CARRIER SYSTEMS, INC.
                                               750 Seventh Avenue
                                               New York, NY 10019-6829
                                               (212) 261-8000

                                               By: _____
                                                  Stephen V. Rible
                                                    (SR-4405)

**To:**    MALOOF BROWNE & HAGAN LLC
          Attorneys for Plaintiff
          411 Theodore Fremd Avenue – Suite 190
          Rye, NY 10580
          (914) 921-1200

WILSON ELSER MOSKOWITZ EDELMAN & DICKER
Attorneys for Defendant
PRO RISING INTERNATIONAL, LTD.
177 Broad Street, 6th Floor
Stamford, CT 06901-2048
(203) 388-9100

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2008, the foregoing RULE 7.1(a) STATEMENT was duly served by depositing a true and correct copy thereof, enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within the State of New York, addressed to:

Maloof Browne & Hagan LLC
411 Theodore Fremd Avenue – Suite 190
Rye, NY 10580

Wilson Elser Moskowitz Edelman & Dicker
177 Broad Street, 6th Floor
Stamford, CT 06901-2048

Stephen Rible
(SR-4405)