396,353
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
NIPPONKOA INSURANCE COMPANY, LTD.,

            Plaintiff,

      -against-                                  AFFIDAVIT OF SERVICE

FRONTLINE CARRIER SYSTEMS, INC. and        08 CV 6224 (RMB)
PRO RISING INTERNATIONAL, LTD.,

            Defendants.
-----------------------------------------------------------------X

UNITED STATES DISTRICT COURT   )
                                           : SS.:
SOUTHERN DISTRICT OF NEW YORK)

      Beverly Moore, being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age and resides in New York, New York. That on the 25th day of August 2008, I mailed the within RULE 7.1(a) STATEMENT and ANSWER WITH COUNTERCLAIMS AND CROSS-CLAIMS to:

| MALOOF BROWNE & HAGAN LLC | WILSON ELSER MOSKOWITZ |
|---|---|
| Attorneys for Plaintiff | EDELMAN & DICKER |
| 411 Theodore Fremd Avenue – Suite 190 | Attorneys for Defendant |
| Rye, NY 10580 | PRO RISING INTERNATIONAL, LTD. |
| (914) 921-1200 | 177 Broad Street, 6th Floor |
| | Stamford, CT 06901-2048 |
| | (203) 388-9100 |

                                                           _____
                                                           Beverly Moore

Sworn to before me this
25th day of August, 2008

_____
Notary Public

ANGEL VALDERRAMA, JR.
Notary Public, State of New York
No. 01VA6116706
Qualified in Richmond County
Certificate Filed in New York County
Commission Expires October 4, 20__