Brian Del Gatto (BD7759)
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP
177 Broad Street, 6th Floor
Stamford, CT 06901
Tel: (203) 388-9100
Fax: (203) 388-9101
Attorneys for Defendant Pro Rising International, Ltd.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

NIPPONKOA INSURANCE CO. LTD                :

    Plaintiff,                                                    :

            -against-                                   :    **Case No.: 1:08-cv-06224-RMB**

FRONTLINE CARRIER SYSTEMS, INC. AND PRO    :
RISING INT'L, LTD.,                                        :

    Defendants.                                              :

---

### ANSWER OF DEFENDANT PRO RISING INTERNATIONAL, LTD.
### TO CROSS-CLAIMS OF DEFENDANT FRONTLINE CARRIER SYSTEMS, INC.

Now comes the Defendant, PRO RISING INTERNATIONAL, LTD. (hereinafter "Pro Rising"), and hereby responds to the individually numbered paragraphs of the cross-claims of Co-Defendant Frontline Carrier Systems, Inc. (hereinafter "Frontline") Answer with Counterclaims and Cross-Claims (hereinafter "Cross-Claims") as follows:

### AS FOR THE FIRST CROSS-CLAIM

1.    The allegations contained in Paragraph 52 of the Cross-Claim refer to Frontline's Answer and Affirmative Defenses to plaintiff's Complaint and therefore do not require a

response from Pro Rising.

2. Pro Rising denies the allegations contained in Paragraph 53 of Frontline's Cross-Claims.

### AND AS FOR THE SECOND CROSS-CLAIM

3. Pro Rising incorporates herein by reference allegations contained in Paragraph 1-2 inclusive above and all the responses below.

5. Pro Rising refers to the responses contained in Paragraphs 1-3 inclusive above for its response to Paragraphs 54 of Frontline's Cross-Claims.

4. Pro Rising denies the allegations contained in Paragraph 55 of Frontline's Cross-Claims.

**WHEREFORE**, Defendant Pro Rising International, Ltd., respectfully demands judgment dismissing Frontline Carrier Systems, Inc.'s Cross-Claims with prejudice in its entirety, together with costs and disbursement of defending the within action and other relief as this Honorable Court deems just and proper.

Dated:   Stamford, Connecticut
         September 4, 2008

Respectfully submitted,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: _____
    Brian Del Gatto (BD7759)

110784.1

## CERTIFICATE OF SERVICE

    I certify under penalty of perjury, pursuant to 28 U.S.C. 1746, that the following is true and correct; that on September 4, 2008, I caused to be served, via the Electronic Case Filing system and regular mail, a copy of the foregoing upon the following counsels of record:

TO:   David T. Maloof
        Thomas M. Eagan
        Maloof, Browne & Eagan LLC
        411 Theodore Fremd Ave, Suite 190
        Rye, NY 10580
        ***Attorneys for the Plaintiff***

        Stephen V. Ribel
        Mendes & Mount, LLP
        750 Seventh Avenue
        New York, NY 10019-6829
        ***Attorneys for the Defendant Frontline Carrier Systems, Inc.***

                                                  Brian Del Gatto (BD7759)

110784.1